MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq. Bar No. 12397
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
*Counsel for the LVMPD Defendants*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN CAVALARO, individually,<br><br>      Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal government entity and a political subdivision of the State of Nevada; LVMPD OFFICER J. TOMLINSON (P#15345), an individual; and DOE OFFICERS I through X, inclusive,<br><br>      Defendants. | Case No.: 2:25-cv-02234-APG-MDC<br><br><br>**Stipulation and Order for a Stay Pending Mediation**<br><br>***First Request*** |
| KARLIN MARTINEZ, individually,<br><br>      Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision; LVMPD SERGEANT FREDERICK OLIVERI, LVMPD OFFICER H. WHITEFORD (P#20733); and DOE OFFICERS I through X, inclusive,<br><br>      Defendants. | Case No.: 2:26-cv-00024-APG-MDC |

STIPULATION AND ORDER FOR A STAY PENDING MEDIATION – 1

| | |
|---|---|
| EMANUEL BELTRAN, individually, | Case No.: 2:26-cv-00033-APG-MDC |
| Plaintiff, | |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the state of Nevada; LVMPD OFFICER MARK ESHE; LVMPD OFFICER BRANDON SORENSON (P#19306); LVMPD OFFICER WILLIAM LOPEZ (P#17326); LVMPD OFFICER VEGAS (P#17130); LVMPD OFFICER JACOB CASTILE, and DOE OFFICERS I through X, inclusive, | |
| Defendants. | |

The undersigned parties hereby stipulate and agree to stay all discovery and all pretrial deadlines in these three coordinated § 1983 actions (Plaintiff Kathleen Cavalaro: 2:25-cv-02234-APG-MDC), (Plaintiff Emanuel Beltran: 2:26-cv-00033-APG-MDC), and (Plaintiff Karlin Martinez: 2:26-cv-00024-APG-MDC) in preparation for participating in a private mediation with Magistrate Judge Peggy Leen (Ret.) at JAMS, which the undersigned parties have already scheduled for May 13, 2026. Good cause supports this stipulation because the parties desire to stay all discovery and pretrial deadlines to reduce fees and costs before the mediation.

Plaintiff Kathleen Cavalaro has moved to amend her complaint. (Cavalaro Dkt. 43.) The parties stipulate and agree to stay further briefing on that motion pending the mediation. If the mediation is not successful, Defendants will file their oppositions on May 27, 2026.

The parties currently have five depositions scheduled in the Cavalaro matter. They stipulate and agree to remove those depositions from the calendar and reschedule them if the mediation is not successful. All pending written discovery responses currently due in all three cases are stayed. Should the mediation not be successful, all outstanding responses are due on May 27, 2026. The parties also stipulate and agree to stay the service of additional written discovery during the pendency of the stay. Nothing in this stipulation precludes a party's counsel from asking another party's counsel for materials or information needed to prepare for or participate in the mediation.

The parties stipulate and agree that this stay does not preclude this Court from entertaining at its discretion during the pendency of the stay (1) Plaintiffs' pending Motions for Temporary Restraining Order and/or Preliminary Injunction (Cavalaro Dkt. 14; Beltran Dkt. 5; Martinez Dkt. 8); and (2) the LVMPD Defendants' pending motions for judgment on the pleading in the Beltran and Martinez cases (Beltran Dkt. 23; Martinez Dkt. 33.)  Those motions are fully briefed.  Although the LVMPD Defendants moved for judgment on the pleadings in the Cavalaro case (Cavalaro Dkt. 27), the parties have excluded that motion from the list because of Cavalaro's pending motion to amend (Cavalaro Dkt. 43), which has not yet been fully brief.

Good cause supports this stipulation because efficiency and judicial economy would be promoted by staying discovery until the parties mediate.  Postponing discovery until after the mediation will allow the parties to conserve time and resources.  A stay will also eliminate the need for this Court to address discovery disputes that the mediation could moot.  For those reasons, the parties respectfully request that this Court stay discovery and all pretrial deadlines.

The parties will submit a Status Report within one week of the mediation, i.e., on or before May 20, 2026, to apprise the court of the mediation's outcome.  If the mediation is not successful, the parties agree to submit new proposed discovery and scheduling orders within two weeks of the mediation, i.e., on or before May 27, 2026.

(*continued on the next page*)

This stipulation is the parties' first request to stay discovery and has been submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

MCNUTT LAW FIRM, P.C.

/s/ Dan McNutt
Dan McNutt, Esq. (Bar No. 7815)
Matt Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Attorneys for LVMPD Defendants*

CLEAR COUNSEL LAW GROUP

/s/ Stephen Stubbs
Jared Richards, Esq. (Bar No. 11254)
Stephen Stubbs, Esq. (Bar No. 10449)
1671 West Horizon Ridge Pkwy., Ste 1400
Henderson, Nevada 89012
*Attorneys for Plaintiffs*

LAS VEGAS CITY ATTORNEY'S OF-FICE

/s/ Timothy Geswein
Jeffry Dorocak, Esq. (Bar No. 13109)
Timothy Geswein, Esq. (Bar No. 10049)
495 S. Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant City of Las Vegas*

**IT IS SO ORDERED:** The parties shall file a "Stipulated Status Report Regarding Mediation" by May 20, 2026. If the parties do not settle at the mediation, the parties shall file an amended stipulated discovery plan and scheduling order by May 27, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-24-26 _____