MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq. Bar No. 12397
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
*Counsel for the LVMPD Defendants*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN CAVALARO, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal government entity and a political subdivision of the State of Nevada; LVMPD OFFICER J. TOMLINSON (P#15345), an individual; and DOE OFFICERS I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02234-APG-MDC<br><br><br>**The Parties' (1) Joint Status Report Regarding Mediation Outcome, and (2) Stipulation and Order to Resolve Plaintiff Kathleen Cavalaro's Pending Motion for Leave to Amend Her Complaint** |
| KARLIN MARTINEZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision; LVMPD SERGEANT FREDERICK OLIVERI, LVMPD OFFICER H. WHITEFORD (P#20733); and DOE OFFICERS I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00024-APG-MDC |

1

| | |
|---|---|
| EMANUEL BELTRAN, individually,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the state of Nevada; LVMPD OFFICER MARK ESHE; LVMPD OFFICER BRANDON SORENSON (P#19306); LVMPD OFFICER WILLIAM LOPEZ (P#17326); LVMPD OFFICER VEGAS (P#17130); LVMPD OFFICER JACOB CASTILE, and DOE OFFICERS I through X, inclusive,<br><br>    Defendants. | Case No.: 2:26-cv-00033-APG-MDC |

**The Parties' (1) Joint Status Report Regarding Mediation Outcome, and (2) Stipulation and Order to Resolve Plaintiff Kathleen Cavalaro's Pending Motion for Leave to Amend Her Complaint**

The parties in these three coordinated § 1983 actions (Plaintiff Kathleen Cavalaro: 2:25-cv-02234-APG-MDC, Plaintiff Emanuel Beltran: 2:26-cv-00033-APG-MDC, and Plaintiff Karlin Martinez: 2:26-cv-00024-APG-MDC) respectfully submit this joint status report concerning the outcome of their mediation on May 28, 2026, with Magistrate Judge Peggy Leen (Ret.).

The parties reached a settlement in the case filed by Plaintiff Karlin Martinez. They did not reach one in the cases filed by Plaintiffs Kathleen Cavalaro and Emanuel Beltran. The settlement of Plaintiff Karlin Martinez's case is contingent upon LVMPD's Fiscal Affairs Committee approving the settlement. The next Fiscal Affairs Committee meeting is currently scheduled for July 2026. Accordingly, the parties respectfully request that this Court continue the stay of all pretrial deadlines in the Martinez action and enter a deadline to submit a dismissal stipulation or a status report in 90 days.

The parties to the Beltran and Cavalaro actions will submit a new proposed discovery and scheduling order by the existing deadline of June 10, 2026. (Dkt. 48 at 3:12–14.)

Plaintiff Kathleen Cavalaro has moved to amend her complaint. (Cavalaro Dkt. 43.) The parties to the Cavalaro action stipulate and agree that this Court may enter an order granting

2

Cavalaro's motion to amend subject to (1) Defendants reserving all rights and defenses, including, without limitation, the right to move to dismiss the first amended complaint, and (2) Defendants' answer or motion to dismiss being due 21 days after Cavalaro files her first amended complaint.

IT IS SO STIPULATED.

MCNUTT LAW FIRM, P.C.

/s/ Dan McNutt
Dan McNutt, Esq. (Bar No. 7815)
Matt Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Attorneys for LVMPD Defendants*

CLEAR COUNSEL LAW GROUP

/s/ Stephen Stubbs
Jared Richards, Esq. (Bar No. 11254)
Stephen Stubbs, Esq. (Bar No. 10449)
1671 West Horizon Ridge Pkwy., Ste 1400
Henderson, Nevada 89012
*Attorneys for Plaintiffs*

LAS VEGAS CITY ATTORNEY'S OF-FICE

/s/ Timothy Geswein
Jeffry Dorocak, Esq. (Bar No. 13109)
Timothy Geswein, Esq. (Bar No. 10049)
495 S. Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant City of Las Vegas*

**IT IS SO ORDERED** that the stay of all pretrial deadlines in *Martinez,* Case No. 26-cv-00024-APG-MDC is continued until August 27, 2026.  **IT IS FURTHER ORDERED** that the parties shall file dismissal papers in Martinez, Case No. 26-cv-00024-APG-MDC by **August 27, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-29-26 _____

3