# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARLIN MARTINEZ,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:26-cv-00024-APG-MDC<br><br>**Order Denying Pending Motions as Moot**<br><br>[ECF Nos. 8, 10, 33] |

The parties have informed the court that this case has settled. ECF No. 51.

I THEREFORE ORDER that the pending motions **(ECF Nos. 8, 10, 33) are DENIED** as moot, without prejudice to refile them if the settlement does not finalize.

DATED this 2nd day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE