MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq. Bar No. 12397
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
*Counsel for LVMPD Defendants*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KARLIN MARTINEZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision; LVMPD SERGEANT FREDERICK OLIVERI, LVMPD OFFICER H. WHITEFORD (P#20733); and DOE OFFICERS I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00024-APG-MDC<br><br>**Stipulation and Order to Dismiss with Prejudice** |

**Stipulation and Order to Dismiss with Prejudice**

Plaintiff Karlin Martinez and Defendants Las Vegas Metropolitan Police Department, LVMPD Sergeant Frederick Oliveri, and LVMPD Officer H. Whiteford hereby stipulate to dismiss this action in its entirety with prejudice with all parties bearing their own fees and costs.

IT IS SO STIPULATED.

DATED this August 12, 2026.

MCNUTT LAW FIRM. P.C.

*/s/ Matt Wolf*
Daniel R. McNutt, Esq. (Bar No. 7815)
Matthew C. Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Counsel for Defendants*

DATED this August 12, 2026.

CLEAR COUNSEL LAW GROUP

*/s/ Stephen Stubbs*
Jared Richards, Esq. (Bar No. 11254)
Stephen Stubbs, Esq. (Bar No. 10449)
1671 West Horizon Ridge Pkwy., Ste 1400
Henderson, Nevada 89012
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 17, 2026